```
DANIEL B. CLYMO
ATTORNEY AT LAW
SBN: 214915
1111 H STREET, SUITE 204
SACRAMENTO, CA 95814
916-447-1200
FAX: 916-447-0931

Attorney for Defendant,
ALFONSO CORRALES
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: CR.S-08-0332 GEB |
|---|---|
| Plaintiff, | |
| vs. | SUBSTITUTION OF ATTORNEY |
| ALFONSO CORRALES, | |
| Defendant. | |

I, ALFONSO CORRALES, defendant in the above-entitled case, hereby substitute JOHN R. MANNING, Esq., as my attorney in the above-entitled matter in the place of DANIEL B. CLYMO, Esq.

Dated:  October 9, 2008          //Alfonso Corrales//
                                  ALFONSO CORRALES, Defendant
(Original signature retained by attorney Daniel B. Clymo)

The undersigned consents to the substitution.

Dated:  October 9, 2008          //John R. Manning//
                                  JOHN R. MANNING
                                  (As authorized on 10/9/08)


Dated:  October 9, 2008          //Daniel B. Clymo//
                                  DANIEL B. CLYMO

1 **ORDER**

2 UPON REQUEST OF DEFENDANT, ALFONSO CORRALES, it is hereby
3 ordered that JOHN R. MANNING, Esq., be substituted as retained
4 attorney for the defendant, ALFONSO CORRALES, in the above-
5 entitled matter in the place of appointed attorney DANIEL B.
6 CLYMO.
7 **IT IS SO ORDERED.**
8
9 DATED: 10/10/08
10 GARLAND E. BURRELL, JR.
United States District Judge