```
 1  John R. Manning
    Attorney at Law
 2  Ca. St. Bar No. 220874
    1111 H Street, Suite 204
 3  Sacramento, CA  95814
    Telephone:  (916) 444-3994
 4
    Attorney for Defendant
 5  ALFONSO CORRALES

 6

 7              IN THE UNITED STATES DISTRICT COURT

 8            FOR THE EASTERN DISTRICT OF CALIFORNIA

 9

10  UNITED STATES OF AMERICA,      )   CR NO. S-08-00332 GEB
                                   )
11          Plaintiff,             )   STIPULATION AND
                                   )   [PROPOSED] ORDER CONTINUING
12     v.                          )   STATUS CONFERENCE
                                   )
13  ALFONSO CORRALES, et al.,      )
                                   )   Date:   4/3/09
14          Defendants.            )   Time:   9:00 a.m.
                                   )   Judge:  Hon. Garland E.
15                                         Burrell

16
        IT IS HEREBY stipulated between the United States of America
17
    through its undersigned counsel, Michael M. Beckwith, Assistant
18
    United States Attorney, together with counsel for defendant
19
    Alfonso Corrales, John R. Manning, Esq., and defendant Hillario
20
    Carranza, John H. Feiner that the status conference presently set
21
    for April 3, 2009 be **continued to May 8, 2009, at 9:00 a.m.**, thus
22
    **vacating** the presently set status conference.  Counsel for the
23
    parties agree that this is an appropriate exclusion of time
24
    within the meaning of Title 18, United States Code §
25
    3161(h)(8)(B)(iv) (continuity of counsel/ reasonable time for
26
    effective preparation) and Local Code T4, and agree to exclude
27
    time from the date of the filing of the order until the date of
28
                                    1
```

the status conference May 8, 2009.

IT IS SO STIPULATED.

Dated: April 1, 2009          /s/ John R. Manning
                              JOHN R. MANNING
                              Attorney for Defendant
                              Alfonso Corrales

Dated: April 1, 2009          /s/ John H. Feiner
                              JOHN H. FEINER
                              Attorney for Defendant
                              Hillario Carranza

Dated: April 1, 2009          McGREGOR W. SCOTT
                              United States Attorney

                          by: /s/ Michael M. Beckwith
                              MICHAEL M. BECKWITH
                              Assistant U.S. Attorney

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR.S-08-00332 GEB |
| Plaintiff, | |
| v. | [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE |
| ALFONSO CORRALES, et al., | |
| Defendants. | |

GOOD CAUSE APPEARING, it is hereby ordered that the April 3, 2009 status conference be continued to May 8, 2009 at 9:00 a.m. I find that the ends of justice warrant an exclusion of time and that the defendant's need for continuity of counsel and reasonable time for effective preparation exceeds the public interest in a trial within 70 days. THEREFORE IT IS FURTHER ORDERED that time be excluded pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4 from the date of this order to May 8, 2009.

IT IS SO ORDERED.

Dated: April 3, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge