JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
ALFONSO CORRALES

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ALFONSO CORRALES,

    Defendant.

No. CR-S-08-0332 GEB

STIPULATION AND (PROPOSED) ORDER CONTINUING STATUS CONFERNCE

Date: May 8, 2009
Time: 9:00 a..m.
Judge: Garland E. Burrell

      IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Michael M. Beckwith, Assistant United States Attorney, together with counsel for defendant Alfonso Corrales, John R. Manning, Esq., and defendant Hillario Carranza, John H. Feiner, Esq., that the status conference presently set for May 8, 2009 be **continued to June 26, 2009, at 9:00 a.m.**, thus **vacating** the presently set status conference. Counsel for the parties agree that this is an appropriate exclusion of time within the meaning of Title 18, United States Code § 3161(h)(8)(B)(iv) (continuity of counsel/ reasonable time for effective preparation) and Local Code T4, and agree to exclude time from the date of the filing of the order until the date of the status conference June 26, 2009.

1

IT IS SO STIPULATED

Dated: May 7, 2009                    /s/ John R. Manning
                                      JOHN R. MANNING
                                      Attorney for Defendant
                                      Alfonso Corrales

Dated: May 7, 2009                    / s/ John H. Feiner
                                      JOHN H. FEINER
                                      Attorney for Defendant
                                      Hillario Carranza

Dated: May 7, 2009                    Lawrence G. Brown
                                      United States Attorney


                                      by: /s/ Michael M. Beckwith
                                      MICHAEL M. BECKWITH
                                      Assistant United States Attorney

JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
ALFONSO CORRALES

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ALFONSO CORRALES,

    Defendant.

No. CR-S-08-0332 GEB

(PROPOSED) ORDER TO
CONTINUE STATUS CONFERNCE

Judge: Garland E. Burrell

GOOD CAUSE APPEARING, it is hereby ordered that the May 8, 2009 status conference be continued to June 26, 2009 at 9:00 a.m. I find that the ends of justice warrant an exclusion of time and that the defendant's need for continuity of counsel and reasonable time for effective preparation exceeds the public interest in a trial within 70 days. THEREFOR IT IS FURTHER ORDERED that time be excluded pursuant to 18 U.S.C. § 3161 (h) (8) (B) (iv) and Local Code T4 from the date of this order to June 26, 2009.

IT IS SO ORDERED.
Dated: 5/11/09

_____
Garland E. Burrell
United States District Judge