JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
ALFONSO CORRALES

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>ALFONSO CORRALES,<br><br>    Defendant. | No. CR-S-08-0332 GEB<br><br>STIPULATION AND (PROPOSED) ORDER CONTINUING STATUS CONFERNCE<br><br>Date:   June 26, 2009<br>Time:   9:00 a.m.<br>Judge:  Garland E. Burrell |

IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Michael M. Beckwith, Assistant United States Attorney, together with counsel for defendant Alfonso Corrales, John R. Manning, Esq., that the status conference presently set for June 26, 2009 be **continued to July 17, 2009, at 9:00 a.m.**, thus **vacating** the presently set status conference. Counsel for the parties agree that this is an appropriate exclusion of time within the meaning of Title 18, United States Code § 3161(h)(8)(B)(iv) (continuity of counsel/ reasonable time for effective preparation, as well as Mr. Manning is currently in trial) and Local Code T4, and agree to exclude time from the date of the filing of the order until the date of the status conference July 17, 2009.

1

IT IS SO STIPULATED

Dated: June 25, 2009                    /s/ John R. Manning
                                        JOHN R. MANNING
                                        Attorney for Defendant
                                        Alfonso Corrales


Dated: June 25, 2009                    Lawrence G. Brown
                                        United States Attorney


                                        by: /s/ Michael M. Beckwith
                                        MICHAEL M. BECKWITH
                                        Assistant United States Attorney

JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
ALFONSO CORRALES

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. CR-S-08-0332 GEB |
| Plaintiff, | ) |
| | ) ORDER CONTINUING STATUS |
| v. | ) CONFERNCE |
| ALFONSO CORRALES, | ) Judge: Garland E. Burrell |
| Defendant. | ) |

GOOD CAUSE APPEARING, it is hereby ordered that the June 26, 2009 status conference be continued to July 17, 2009 at 9:00 a.m.  I find that the ends of justice warrant an exclusion of time and that the defendant's need for continuity of counsel and reasonable time for effective preparation exceeds the public interest in a trial within 70 days.  THEREFOR IT IS FURTHER ORDERED that time be excluded pursuant to 18 U.S.C. § 3161 (h) (8) (B) (iv) and Local Code T4 from the date of this order to July 17, 2009.

IT IS SO ORDERED.

Dated: 6/26/09

GARLAND E. BURRELL, JR.
United States District Judge

3