JOHN R. MANNING (SBN 220874)
LAW OFFICE OF JOHN R. MANNING
1111 "H" Street, Suite 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
ALFONSO CORRALES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR NO. S-08-332 GEB |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER CONTINUING SENTENCING |
| v. | ) | |
| | ) | Date:  October 2, 2009 |
| | ) | Time:  9:00 a.m. |
| ALFONSO CORRALES, | ) | Judge:  Hon. Garland E. Burrell, Jr. |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |
| | ) | |
|_____| ) | |

The parties hereby stipulate the following:

    1.  Judgment and sentencing in this matter is presently set for October 2, 2009.  In order to give counsel additional time to provide materials to the probation officer, it is hereby requested that the date for judgment and sentencing be continued to October 30, 2009 at 9:00am.

    2.  The parties and United States Probation hereby requests that the court adopt the following schedule pertaining to the presentence report:

| | |
|---|---|
| Presentence report filed with Court and disclosed to counsel: | September 18, 2009 |
| Counsel's written objections to presentence report due: | October 2, 2009 |
| Proposed presentence report disclosed to counsel: | October 9, 2009 |

Dated:  August 31, 2009                                    /s/ John R. Manning
                                                           JOHN R. MANNING
                                                           Attorney for defendant
                                                           Alfonso Corrales

Dated:  August 31, 2009                                    /s/ Michael M. Beckwith
                                                           MICHAEL M. BECKWITH
                                                           Assistant United States Attorney

<u>ORDER</u>

GOOD CAUSE APPEARING, it is hereby ordered that the date for the judgment and sentence

of defendant Alfonso Corrales be continued from October 2, 2009 to October 30, 2009.  The

court hereby adopts the schedule concerning the presentence report as stipulated to by the parties

and set forth herein.

DATED: 9/1/09

GARLAND E. BURRELL, JR.
United States District Judge