```
John R. Manning
Attorney at Law
Ca. St. Bar No. 220874
1111 H Street, Suite 204
Sacramento, CA  95814
Telephone:  (916) 444-3994

Attorney for Defendant
ALFONSO CORRALES
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                             )<br>         Plaintiff,          )<br>                             )<br>    v.                       )<br>                             )<br>ALFONSO CORRALES,            )<br>                             )<br>         Defendant.          )<br>_____) | CR NO. S-08-00332 GEB<br><br>STIPULATION AND<br>ORDER CONTINUING<br>JUDGEMENT AND SENTENCING<br><br>Date:  10/30/09<br>Time:  9:00 a.m.<br>Judge: Hon. Garland E.<br>       Burrell, Jr. |

IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Michael M. Beckwith, Assistant United States Attorney, together with counsel for defendant Alfonso Corrales, John R. Manning Esq., that the judgement and sentencing presently set for October 30, 2009 be **continued to December 4, 2009, at 9:00 a.m.,** thus **vacating** the presently set judgement and sentencing.

IT IS SO STIPULATED.

Dated: October 27, 2009                    /s/ John R. Manning
                                          JOHN R. MANNING
                                          Attorney for Defendant
                                          Alfonso Corrales

1

Dated: October 27, 2009                 Lawrence G. Brown
                                        United States Attorney


                                   by:  /s/ Michael M. Beckwith
                                        MICHAEL M. BECKWITH
                                        Assistant U.S. Attorney



            N THE UNITED STATES DISTRICT COURT

         FOR THE EASTERN DISTRICT OF CALIFORNIA


UNITED STATES OF AMERICA,       ) Case No.  CR.S-08-00332 GEB
                                )
            Plaintiff,          )
                                )
    v.                          ) ORDER TO
                                ) CONTINUE JUDGEMENT AND SENTENCING
ALFONSO CORRALES,               )
                                )
            Defendant.          )
_____)

     GOOD CAUSE APPEARING, it is hereby ordered that the October 30, 2009 judgement and sentencing be continued to December 4, 2009 at 9:00 a.m.

IT IS SO ORDERED.

Dated:  October 27, 2009

                                _____
                                GARLAND E. BURRELL, JR.
                                United States District Judge