```
John R. Manning
Attorney at Law
Ca. St. Bar No. 220874
1111 H Street, Suite 204
Sacramento, CA  95814
Telephone:  (916) 444-3994

Attorney for Defendant
ALFONSO CORRALES
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CR NO. S-08-00332 GEB |
|---|---|---|
| | ) | |
| Plaintiff, | ) | STIPULATION AND |
| | ) | ORDER CONTINUING |
| v. | ) | JUDGEMENT AND SENTENCING |
| | ) | |
| ALFONSO CORRALES, | ) | |
| | ) | Date:  1/29/10 |
| Defendant. | ) | Time:  9:00 a.m. |
| _____ | ) | Judge: Hon. Garland E. Burrell, Jr. |

    IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Michael M. Beckwith, Assistant United States Attorney, together with counsel for defendant Alfonso Corrales, John R. Manning Esq., that the judgement and sentencing presently set for January 29, 2010 be **continued to February 26, 2010, at 9:00 a.m.**, thus **vacating** the presently set judgement and sentencing.

    Counsel for the parties agree that this is an appropriate exclusion of time within the meaning of Title 18, United States Code § 3161(h)(7)(B)(iv) (continuity of counsel/ reasonable time for effective preparation) and Local Code T4, and agree to exclude time from the date of the filing of the order until the

1

1 | date of the judgement and sentencing, February 26, 2010.

3 | IT IS SO STIPULATED.

Dated: January 25, 2010        /s/ John R. Manning
                               JOHN R. MANNING
                               Attorney for Defendant
                               Alfonso Corrales


Dated: January 25, 2010        Lawrence G. Brown
                               United States Attorney

                          by:  /s/ Michael M. Beckwith
                               MICHAEL M. BECKWITH
                               Assistant U.S. Attorney

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  ) | Case No.  CR.S-08-00332 GEB |
| ) | |
| Plaintiff,  ) | |
| ) | |
| v.  ) | ORDER TO |
| ) | CONTINUE JUDGEMENT AND SENTENCING |
| ALFONSO CORRALES,  ) | |
| ) | |
| Defendant.  ) | |
| _____ ) | |

GOOD CAUSE APPEARING, it is hereby ordered that the January 29, 2010 judgement and sentencing be continued to February 26, 2010 at 9:00 a.m.  I find that the ends of justice warrant an exclusion of time and that the defendant's need for continuity of counsel and reasonable time for effective preparation, exceeds the public interest in a trial within 70 days.  THEREFORE IT IS FURTHER ORDERED that time be excluded pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4 from the date of this order to February 26, 2010.

IT IS SO ORDERED.

Dated:  January 27, 2010

_____
GARLAND E. BURRELL, JR.
United States District Judge

3